United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CEDRIC GREENE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-587 |
| | § | |
| WEINGART FIRST CARE VILLAGE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiffs Cedric Greene and Valerie Stephen, proceeding pro se, seek relief against Defendant Weingart Care First Village, a residential facility in Los Angeles, California. (Complaint, Doc. 1) Greene and Stephen cite diversity jurisdiction as the basis for the Court's subject matter jurisdiction (*Id.* at 3)

A United States Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss the case for lack of subject matter jurisdiction. (R&R, Doc. 8) Greene and Stephen timely objected to the Report and Recommendation. (Objs., Doc. 11)

The Court affords de novo review to the portions of the Report and Recommendation to which Greene and Stephen objected. FED. R. CIV. P. 72(b)(3). Having conducted that review, and based on the record and the applicable law, the Court concludes that Greene and Stephen are not entitled to any relief. In their objections, do not address the jurisdictional deficiencies in the Complaint that the Report and Recommendation identifies. At most, Greene and Stephen assert that the Court should find that federal question jurisdiction exists under 28 U.S.C. § 1331, but they do not provide any factual allegations or proposed amendments to their Complaint that would support the existence of federal question jurisdiction.

Accordingly, Plaintiffs Cedric Greene and Valerie Stephen's objections to the Report and Recommendation are **OVERRULED** and the Court **ADOPTS** the Report and Recommendation (Doc. 8). It is:

**ORDERED** that Plaintiffs Cedric Greene and Valerie Stephen's Complaint for a Civil Case (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on August 5, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge